Argued January 18, affirmed January 18, 1971

STATE OF OREGON, *Respondent, v.*
EDDIE LEON WILLIAMS, *Appellant.*

479 P2d 245

*Ryan Lawrence,* Portland, argued the cause for appellant. With him on the briefs were Douglas C. Morris, and Susak & Lawrence, Portland.

*Jacob B. Tanzer,* Solicitor General, Salem, argued the cause for respondent. With him on the brief was Lee Johnson, Attorney General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and FORT, Judges.

MEMORANDUM DECISION

This appeal presented no unusual or difficult questions. Having previously studied the briefs, immediately upon conclusion of argument, and after briefly stating to counsel our reasons, we ruled from the bench. Setting forth those reasons in a detailed opinion would add nothing of value to the existing body of judicial precedent. Our ruling was:

Affirmed.